# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Horn, Marian B. | United States Court of Federal Claims | 07/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Senior | ☐ Nomination Date  ☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

717 Madison Place NW
Washington DC 20439

*IMPORTANT NOTES:* **The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.**

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law | George Washington University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | GW Univ. Law School - Teaching | $21,020.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | -s ▮▮▮ passed away 2/27/20) DTE Energy Co - Pension |
| 2. 2020 | 2 months ▮▮▮ passed away 2/27/20) Husch Blackwell - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Horn, Marian B.** | 07/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa and Mastercard | Credit Card Loans | K |
| 2. PNC | PNC Business Loan | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. - Morgan Stanley Smith Barney IRA Account - H | | | | | | | | | |
| 2. Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. Abbott Labs | A | Dividend | K | T | | | | | |
| 4. Alphabet A | | None | M | T | Sold (part) | 03/10/20 | M | | |
| 5. Alphabet C | | None | M | T | Sold (part) | 03/10/20 | M | | |
| 6. Berkshire Hathaway Inc. CL-B New | | None | M | T | | | | | |
| 7. Carrier-X | A | Dividend | J | T | | | | | |
| 8. Catepillar | A | Dividend | J | T | | | | | |
| 9. Cisco Systems | A | Dividend | K | T | | | | | |
| 10. Ebay | A | Dividend | K | T | | | | | |
| 11. Healthcare Sector SPDR ETF | C | Dividend | M | T | | | | | |
| 12. Interdigital | B | Dividend | L | T | | | | | |
| 13. Investco QQQ Trust-X | A | Dividend | J | T | | | | | |
| 14. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 15. Merck | A | Dividend | K | T | | | | | |
| 16. Microsoft | A | Dividend | K | T | | | | | |
| 17. Otis Worldwide-X | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. PayPal | | None | M | T | | | | | |
| 19. Pfizer | A | Dividend | J | T | | | | | |
| 20. PG&E | | None | J | T | Buy | 02/06/20 | J | | |
| 21. Raytheon | A | Dividend | J | T | | | | | |
| 22. Research Frontiers | | None | J | T | | | | | |
| 23. United Technologies | A | Dividend | J | T | Redeemed<br>(part) | 04/03/20 | J | | |
| 24. Utlities Sector SPDR ETF | A | Dividend | J | T | | | | | |
| 25. Viatris-X | | None | J | T | Sold<br>(part) | 11/20/20 | J | | |
| 26. Wells Fargo | A | Dividend | J | T | | | | | |
| 27. - Morgan Stanley Smith Barney IRA Account - H | | | | | | | | | |
| 28. Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 29. AMG Mid Cap Growth - X | B | Dividend | J | T | Buy | 04/29/20 | J | | |
| 30. | | | | | Buy | 12/17/20 | J | | |
| 31. Biotech SPDR - Y | A | Dividend | K | T | Buy | 02/05/20 | J | | |
| 32. Communications Serv SPDR | A | Dividend | L | T | Buy | 02/05/20 | J | | |
| 33. Consumer Disc. SPDR | A | Dividend | L | T | Buy | 02/05/20 | J | | |
| 34. | | | | | Buy | 07/09/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Consumer Staples SPDR | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 36. | Deleware Small Cap Value - X | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 37. | | | | | | Buy | 12/21/20 | J | | |
| 38. | DTE Energy | A | Dividend | J | T | | | | | |
| 39. | Energy SPDR | B | Dividend | K | T | Buy | 02/05/20 | J | | |
| 40. | EBay | A | Dividend | K | T | Buy | 03/20/20 | J | | |
| 41. | | | | | | Buy | 09/18/20 | J | | |
| 42. | Financial SPDR - Y | B | Dividend | L | T | Buy | 02/05/20 | J | | |
| 43. | FT Cloud Computing ETF | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 44. | FT NASDAQ Cybersecurity ETF | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 45. | Health Care SPDR | B | Dividend | L | T | Buy | 01/03/20 | J | | |
| 46. | | | | | | Buy | 07/07/20 | J | | |
| 47. | Industrial SPDR - Y | A | Dividend | K | T | Buy | 02/05/20 | J | | |
| 48. | Invesco US Gov'T MMF Y | A | Int./Div. | L | T | Sold<br>(part) | 02/26/20 | K | | |
| 49. | | | | | | Sold<br>(part) | 04/29/20 | K | | |
| 50. | Invesco Prime MMF - Y | A | Int./Div. | L | T | Sold<br>(part) | 02/05/20 | L | | |
| 51. | | | | | | Sold<br>(part) | 03/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 07/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares Exponential Tech ETF | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 53. iShares Small Cap 600 - X | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 54. Lord Abbett Ultra Short Bond - Y | C | Dividend | M | T | Buy | 03/08/20 | J | | |
| 55. Materials SPDR - Y | A | Dividend | K | T | Buy | 02/05/20 | J | | |
| 56. Nuance Mid Cap Value - X | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 57. | | | | | Buy | 12/30/20 | J | | |
| 58. PayPal - Y | | None | L | T | | | | | |
| 59. Putnam Ultra Short Bond - Y | C | Dividend | N | T | Buy | 12/30/20 | J | | |
| 60. | | | | | Sold (part) | 07/07/20 | J | A | |
| 61. QQQ NASDAQ 100 ETF - Y | A | Dividend | J | T | | | | | |
| 62. Real Estate SPDR - Y | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 63. ROBO Global Robiotics ETF - Y | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 64. Technology SPDR - Y | B | Dividend | M | T | Buy | 02/05/20 | J | | |
| 65. | | | | | Buy | 07/07/20 | K | | |
| 66. Utilities SPDR - Y | A | Dividend | J | T | Sold (part) | 02/05/20 | J | | |
| 67. - Morgan Stanley Smith Barney Brokerage Account - H | | | | | | | | | |
| 68. Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | Buy | 11/24/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Horn, Marian B.** | 07/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marian B. Horn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544